Chart | Table of Proposed Timeline for Completion of Settlement and Closure of Cases

| Description of Action Needed | Proposed Date to Commence | Responsible Person or Entity | Proposed \|Actual Completion Date |
|---|---|---|---|
| Meeting with each client (or as applicable client representative to obtain consent or refusal of settlement terms) | June 16, 2022 | All counsel for Plaintiffs | July 12, 2022 |
| Preparation of Joint Status Report to the Court setting forth the parties' proposed procedure and timeline for presentation of the proposed settlement to the court | June 23, 2022 | All counsel | July 25, 2022 |
| Presentation to and engagement of counsel for preparation of trusts for each plaintiff needing such a trust | | Plaintiffs' counsel, designated plaintiffs and attorneys of VanWinkle firm | |
| Provision to trust counsel of background information or responses to questionnaires of all children or incompetent adults | | Plaintiffs' counsel | |
| Provision to trust counsel of background information or responses to questionnaires of all impoverished children or adults | | Plaintiffs' counsel | |
| Further explanation to clients as to disposition of settlement funds belonging to minors to be held as required under law | | Plaintiffs' counsel | |
| Preparation of Motion for Consolidation of Actions for Purposes of Settlement | July 15, 2022 | All counsel | |
| Preparation of Motion for Appointment of Special Master for Purposes of Settlement as | July 15, 2022 | All counsel | |

| Description of Action Needed | Proposed Date to Commence | Responsible Person or Entity | Proposed \|Actual Completion Date |
|---|---|---|---|
| Provided in Settlement Agreement | | | |
| Preparation of Memoranda of Law Supporting Motions | July 17, 2022 | All counsel | |
| Completion of Joint Status Report | July 21, 2022 | All counsel | |
| Filing of Joint Status Report | July 25, 2022 | D. Brandon Christian | |
| Filing of Motions for Consolidation and Appointment of Special Master | July 25, 2022 | D. Brandon Christian | |
| Attend hearing for status conference and motions for consolidation and appointment of special master | To bet set by court | David Wijewickrama | |
| Prepare notices to each plaintiff for presentation to Special Master | August 15, 2022 | Plaintiffs' counsel | |
| Complete documentation for be presented to Special Master | August 16, 2022 | Plaintiffs' counsel | |
| Arrange for Special Master's informal hearings to be conducted in Clay County Courthouse (commencing September 6, 2022, to be concluded by September 20, 2022) | August 1, 2022 | Plaintiffs' counsel | |
| Set hearing times with Plaintiffs | August 10, 2022 | Plaintiffs' counsel | |
| Meet with Plaintiffs who desire additional meetings prior to informal consultation or informal hearing with Special Master | August 15, 2022 | Plaintiffs' counsel | August 25, 2022 |
| Special Master's informal | September 6, | | September 20, |

| Description of Action Needed | Proposed Date to Commence | Responsible Person or Entity | Proposed \|Actual Completion Date |
|---|---|---|---|
| hearings | 2022 | | 2022 |
| Completion of Special Master's Findings and Report | September 21, 2022 | Judge Cromer (Counsel as needed) | October 1, 2022 |
| Obtain Social Security Trust Waiver | September 22, 2022 | VanWinkle firm (Brian Lawler) | |
| Preparation and filing of Motion for Hearing on approval of Special Master's Report \| approval of Settlement Distribution for and on behalf of minor plaintiffs | October 1, 2022 | Plaintiffs' counsel | October 1, 2022 |
| Conferences with Plaintiffs in preparation for hearing on approval of Special Master's Report \| approval of Settlement Distribution for and on behalf of minor plaintiffs | October 2, 2022 - October 15, 2022 | | |
| Attend hearing on Special Masters' Report and approval of settlements involving or for benefit of minor plaintiffs | To be set by the Court | Plaintiffs' counsel Defense counsel Judge Cromer Van Winkle firm | |
| Complete documents for payments, funding, distribution | Within 10 days of receipt of Court's orders on Master's Report and settlements for benefit of minors | | |
| Prepare and file dismissals | | | |